United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE REYNA ALVARADO,

    Debtor.

No. C 12-06190 PJH

Bankruptcy Case No. 12-32156 DM

**ORDER VACATING HEARING**

_____/

The hearing on the motion to stay filed by Appellant Albert Kun, which was noticed for hearing on January 23, 2013, at 9:00 a.m., is hereby VACATED and the matter will be decided on the papers. The briefing deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge