United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GILDA ALVARADO, | No. C 12-06478 PJH |
| Debtor. _____ / | Bankruptcy Case No. 12-32049 DM |
| This Document Also Relates to: | |
| IN RE REYNA ALVARADO | No. C 12-06190 PJH |
| Debtor. _____ / | Bankruptcy Case No. 12-32156 DM<br>**ORDER CONSOLIDATING APPEALS** |

On December 13, 2012, the United States Trustee filed a notice of pendency of other action in *In re Reyna Alvarado*, Case No. 12-6190 PJH, notifying the court that a notice of appeal had been filed in the bankruptcy court, but not yet docketed in this court, in a related chapter 7 bankruptcy case, *In re Gilda Alvarado*, Bankr. Case No. 12-32049-DM. The trustee requested that the court consolidate the two cases after the appeal was entered in *In re Gilda Alvarado.* Appellant Albert Kun did not file an opposition to the notice of pendency pursuant to Civil Local Rule 3-13(c).

The appeal from the orders of the bankruptcy court in the *Gilda Alvarado* matter was filed on the court's docket on December 21, 2012 and opened as Case No. 12-6478 PJH. Having reviewed the briefs submitted in both cases, the court determines that the appeals in the *Reyna Alvarado* matter and the *Gilda Alvarado* matter involve common questions of law and fact. For good cause shown, the court consolidates both appeals for all purposes pursuant to Federal Rule of Civil Procedure 42(a), under the earlier-filed *Reyna Alvarado*

action, Case No. 12-6190 PJH.

All documents filed in these consolidated appeals must bear the caption of the lead case, *In re Reyna Alvarado*, Case. No. 12-6190 PJH, and filed only on the docket for the lead case.

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge